UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENA ARMAS and ANDREA BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, CH REAL ESTATE SERVICES, LLC, LINCOLN PROPERTY CO., FPI MANAGEMENT, INC., MID-AMERICA APARTMENT COMMUNITIES, INC., AVENUE5 RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX MANAGEMENT CORPORATION, AVALONBAY COMMUNITIES, INC., CAMDEN PROPERTY TRUST, ESSEX PROPERTY TRUST, INC., THRIVE COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., B/T WASHINGTON, LLC d/b/a BLANTON TURNER, INDEPENDENCE REALTY TRUST, INC., CUSHMAN & WAKEFIELD, INC., BH MANAGEMENT SERVICES, LLC, and UDR, INC.,<br><br>Defendants. | No. 2:22-cv-01726<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lena Armas and Andrea Blum (collectively, "Plaintiffs") and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Equity Residential, Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, Independence Realty Trust, Inc., Cushman & Wakefield, Inc., BH Management Services, LLC, and UDR, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel,[1] hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 6, 2022. ECF No. 1.

WHEREAS, Plaintiffs served the Stipulating Defendants with process on or about December 8, 9, 12, and 13, 2022.

WHEREAS, Plaintiffs have not yet served Avenue5 Residential, LLC, Essex Property Trust, Inc., and Security Properties Inc.

WHEREAS, Plaintiffs and the Stipulating Defendants are not aware whether CH Real Estate Services, LLC, and B/T Washington, LLC d/b/a Blanton Turner are yet represented by counsel, and, in any event, have not yet heard from them.

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Colorado, Massachusetts, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

---

[1] Greystar Real Estate Partners, LLC, Lincoln Property Co., Mid-America Apartment Communities, Inc., Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Independence Realty Trust, Inc., Cushman & Wakefield, Inc., BH Management Services, LLC, and UDR, Inc. are still in the process of retaining local counsel for this action and have been represented by the national counsel listed in the signature block below.

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN
DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01726
1

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint.

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer and file a status report with the Court by January 18, 2023 related to a schedule for the case.

WHEREAS, on November 28, 2022, Judge Robert S. Lasnik entered in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 6, 2022, Judge Barbara J. Rothstein entered in *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), which is now pending before Judge Lasnik, an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, on December 8, 2022, Defendant Equity Residential filed a Motion to Transfer *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), which is pending before Judge Lasnik, to the Southern District of California.

WHEREAS, on December 12, 2022, Judge Robert S. Lasnik entered in *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one.

WHEREAS, in light of actions filed recently in the District of Colorado, the District of Massachusetts, and the Western District of Texas, the Stipulating Defendants intend on filing a motion pursuant to 28 U.S.C. § 1407 or, possibly, 28 U.S.C. § 1404 to transfer this case to the Northern District of Texas.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law

defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

    THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

    STIPULATED to this 20th day of December, 2022.

| | |
|---|---|
| s/ *Steve W. Berman*<br>Steve W. Berman (WSB No. 12536)<br>steve@hbsslaw.com<br>Breanna Van Engelen (WSB No. 49213)<br>breannav@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br><br>*Counsel for Plaintiffs Lena Armas and Andrea Blum Individually and on Behalf of All Others Similarly Situated*<br><br>/s/ *Curt Roy Hineline*<br>Curt Roy Hineline (WSBA No. 16317)<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104-4040<br>Tel: (206) 332-1380<br><br>Carl W. Hittinger (*pro hac vice*)<br>chittinger@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215) 564-2898<br><br>*Counsel for Defendant Equity Residential*<br><br>s/ *Benjamin I. VandenBerghe*<br>Benjamin I. VandenBerghe (WSBA No. 35477)<br>MONTGOMERY PURDUE PLLC<br>701 Fifth Avenue, Suite 5500<br>Seattle, Washington 98104-7096<br><br>*Counsel for Defendant Thrive Communities Management, LLC*<br><br>/s/ *Maren R. Norton*<br>Maren R. Norton (WSBA No. 35435)<br>maren.norton@stoel.com<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900 | s/ *Heidi Bradley*<br>Heidi Bradley (WSBA No. 35759)<br>hbradley@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>113 Cherry Street, PMB 62056<br>Seattle, Washington 98104-2205<br><br>Darin Sands (WSBA No. 35865)<br>dsands@bradleybernsteinllp.com<br>BRADLEY BERNSTEIN SANDS LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201<br><br>s/ *Jay Srinivasan*<br>Jay Srinivasan (*pro hac vice*)<br>jsrinivasan@gibsondunn.com<br>Daniel G. Swanson (*pro hac vice*)<br>dswanson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7430<br><br>Stephen Weissman (*pro hac vice*)<br>sweissman@gibsondunn.com<br>Michael J. Perry (*pro hac vice*)<br>mjperry@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 955-8678<br><br>Ben A. Sherwood (*pro hac vice*)<br>bsherwood@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-2671<br><br>*Counsel for Defendant RealPage, Inc.* |

Charles H. Samel (*pro hac vice* forthcoming)
charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie (*pro hac vice* forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

**National Counsel Participating in Meet and Confer:**

/s/ *William L. Monts*
William L. Monts, III (*pro hac vice* forthcoming)
william.monts@hoganlovells.com
Benjamin F. Holt (*pro hac vice* forthcoming)
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Michael M. Maddigan (*pro hac vice* forthcoming)
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

/s/ *Jeremy J. Calsyn*
Jeremy J. Calsyn (*pro hac vice* forthcoming)
jcalsyn@cgsh.com
Leah Brannon (*pro hac vice* forthcoming)
lbrannon@cgsh.com
Kenneth Reinker (*pro hac vice* forthcoming)
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay (*pro hac vice* forthcoming)
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

| | | |
|---|---|---|
| 1 | *Counsel for Defendant Greystar Real Estate Partners, LLC* | *Counsel for Defendants Cushman & Wakefield, Inc.* |
| 2 | | |
| 3 | /s/ Gregory J. Casas | /s/ Britt M. Miller |

*Counsel for Defendant Greystar Real Estate Partners, LLC*

/s/ Gregory J. Casas
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso (*pro hac vice* forthcoming)
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196

*Counsel for Defendant Lincoln Property Co.*

/s/ Ian Simmons
Ian Simmons (*pro hac vice* forthcoming)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 29996
Telephone: (202) 383-5106

Stephen McIntyre (*pro hac vice* forthcoming)
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-8382

*Counsel for Defendant BH Management Services, LLC*

*Counsel for Defendants Cushman & Wakefield, Inc.*

/s/ Britt M. Miller
Britt M. Miller (*pro hac vice* forthcoming)
bmiller@mayerbrown.com
Daniel T. Fenske (*pro hac vice* forthcoming)
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

/s/ Lynn H. Murray
Lynn H. Murray (*pro hac vice* forthcoming)
lhmurray@shb.com
SHOOK HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock (*pro hac vice* forthcoming)
rsandrock@shb.com
SHOOK HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion (*pro hac vice* forthcoming)
lnovion@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Belinda S Lee
Belinda S Lee (*pro hac vice* forthcoming)
belinda.lee@lw.com
LATHAM & WATKINS LLP

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN
DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01726
6

/s/ Michael W. Scarborough
Michael W. Scarborough (*pro hac vice* forthcoming)
mscarborough@sheppardmullin.com
Dylan I. Ballard (*pro hac vice* forthcoming)
dballard@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-2963

*Counsel for Defendant Essex Management Corporation*

/s/ David D. Cross
David D. Cross (*pro hac vice* forthcoming)
dcross@mofo.com
Jeffrey A. Jaeckel (*pro hac vice* forthcoming)
jjaeckel@mofo.com
Robert W. Manoso (*pro hac vice* forthcoming)
rmanoso@mofo.com
Sonja Swanbeck (*pro hac vice* forthcoming)
sswanbeck@mofo.com
MORRISON & FOERSTER LLP
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8851

E. Marcellus Williamson (*pro hac vice* forthcoming)
marc.williamson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2203

*Counsel for Defendant AvalonBay Communities, Inc.*

/s/ Barbara T. Sicalides
Barbara T. Sicalides (*pro hac vice* forthcoming)
barbara.sicalides@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Philadelphia, PA 19103
Tel: (215) 981-4783

Kasia Hebda (*pro hac vice* forthcoming)
kasia.hebda@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E.
Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3665

*Counsel for Defendant Independence Realty Trust, Inc.*

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Equity Residential, Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, Independence Realty Trust, Inc., Cushman & Wakefield, Inc., BH Management Services, LLC, and UDR, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Equity Residential, Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, Independence Realty Trust, Inc., Cushman & Wakefield, Inc., BH Management Services, LLC, and UDR, Inc. shall meet and confer and file a status report with the Court by January 18, 2023.

DATED this 27th day of December, 2022.

Robert S. Lasnik
United States District Judge