UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LENA ARMAS and ANDREA BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, CH REAL ESTATE SERVICES, LLC, LINCOLN PROPERTY CO., FPI MANAGEMENT, INC., MID-AMERICA APARTMENT COMMUNITIES, INC., AVENUE5 RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX MANAGEMENT CORPORATION, AVALONBAY COMMUNITIES, INC., CAMDEN PROPERTY TRUST, ESSEX PROPERTY TRUST INC., THRIVE COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., B/T WASHINGTON, LLC d/b/a BLANTON TURNER, INDEPENDENCE REALTY TRUST, INC., CUSHMAN & WAKEFIELD, INC., BH MANAGEMENT SERVICES, LLC, and UDR, INC.,<br><br>Defendants. | CASE NO. 2.22-CV-01726-RSL<br><br>SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lena Armas and Andrea Blum (collectively, "Plaintiffs") and Defendant Security Properties, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 6, 2022. ECF No. 1.

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN
STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR
CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 1
CASE NO.: 2.22-CV-01726-RSL

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223-1313
Fax: (206) 682-7100

Case 3:23-cv-00333-RSL    Document 56    Filed 12/29/22    Page 1 of 4 PageID #: 305

1       WHEREAS, Plaintiffs served the Defendant Security Properties, Inc., with process on or about December 12, 2022.

      WHEREAS, Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, Llc, Ch Real Estate Services, LLC, Lincoln Property Co., FPI Management, Inc., Mid-America Apartment Communities, Inc., Equity Residential, Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, Independence Realty Trust, Inc., Cushman & Wakefield, Inc., BH Management Services, LLC, And UDR, Inc., (collectively, the "Certain Defendants") filed the Stipulated Motion and Order Suspending Deadline For Certain Defendants To Respond To Complaint ("Certain Defendants Motion") on December 20, 2022.

      WHEREAS, Defendant Security Properties, Inc. is similarly situated with respect to the facts presented and knowledge of other similar pending matters as presented in the Certain Defendants Motion.

      WHEREAS, on December 27, 2022, the Honorable Judge Lasnik entered an Order suspending the deadline for the Certain Defendants to answer, move to dismiss, or otherwise respond to the Complaint, and set a January 18, 2023, deadline the Plaintiffs and Certain Defendants to meet and confer and file a status report with the Court.

      WHEREAS, Plaintiffs and Security Properties, Inc. have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Security Properties, Inc. to answer, move to dismiss, or otherwise respond to the Complaint.

      WHEREAS, Plaintiff and Security Properties, Inc. have agreed to meet and confer and file a status report with the Court by January 18, 2023, related to a schedule for the case.

      THEREFORE, Plaintiffs and Security Properties, Inc. stipulate and agree to suspend the deadline for Security Properties, Inc. to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 2
CASE NO. 2:22-CV-01726RSL

Case 3:23-cv-00333   Document 56   Filed 12/29/22   Page 2 of 4 PageID #: 306

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223-1313
Fax: (206) 682-7100

STIPULATED to this 29th day of December, 2022.

_s/ Steve W. Berman_
Steve W. Berman (WSB No. 12536)
steve@hbsslaw.com
Breanna Van Engelen (WSB No. 49213)
breannav@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292

*Counsel for Plaintiffs Lena Armas, Andrea Blum, and on Behalf of All Others Similarly Situated*

_s/ J. Dino Vasquez_
J. Dino Vasquez, WSBA #25533
Nathan T. Paine, WSBA #34487
Jason J. Hoeft, WSBA #39547
Jacque E. St. Romain, WSBA #44167
Joshua R.M. Rosenberg, WSBA #58365
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: dvasquez@karrtuttle.com
Email: npaine@karrtuttle.com
Email: jhoeft@karrtuttle.com
Email: jstromain@karrtuttle.com
Email: jrosenberg@karrtuttle.com

*Attorneys for Security Properties, Inc.*

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN
STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR
CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 3
CASE NO.: 2:22-CV-01726-RSL

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223-1313
Fax: (206) 682-7100

Case 3:23-cv-00333   Document 56   Filed 12/29/22   Page 3 of 4 PageID #: 307

# ORDER

THIS MATTER came before the Court on the Security Properties, Inc.'s Stipulated Motion to Join Stipulated Motion and Order Suspending Deadline for Certain Defendants to Respond to Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendant Security Properties, Inc., to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Plaintiffs and Defendant Security Properties, Inc., shall meet and confer and file a status report with the Court by January 18, 2023.

Dated this 29th day of December, 2022.

*Robert S. Lasnik* (signature)

Robert S. Lasnik

United States District Judge

SECURITY PROPERTIES, INC.'S STIPULATED MOTION TO JOIN STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT - 4
CASE NO: 2:22-CV-01726RSL

Case 3:23-cv-00333  Document 56  Filed 12/29/22  Page 4 of 4 PageID #: 308

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223-1313
Fax: (206) 682-7100