UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENA ARMAS and ANDREA BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, CH REAL ESTATE SERVICES, LLC, LINCOLN PROPERTY CO., FPI MANAGEMENT, INC., MID-AMERICA APARTMENT COMMUNITIES, INC., AVENUE5 RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX MANAGEMENT CORPORATION, AVALONBAY COMMUNITIES, INC., CAMDEN PROPERTY TRUST, ESSEX PROPERTY TRUST, INC., THRIVE COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., B/T WASHINGTON, LLC d/b/a BLANTON TURNER, INDEPENDENCE REALTY TRUST, INC., CUSHMAN & WAKEFIELD, INC., BH MANAGEMENT SERVICES, LLC, and UDR, INC.,<br><br>Defendants. | NO. 2:22-cv-01726 RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT AVENUE5 RESIDENTIAL, LLC TO RESPOND TO COMPLAINT |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT AVENUE5 RESIDENTIAL, LLC TO RESPOND TO COMPLAINT - 1
[2:22-cv-01726 RSL]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

Case 3:23-cv-00333    Document 69    Filed 01/09/23    Page 1 of 4 PageID #: 336

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lena Armas and Andrea Blum (collectively, "Plaintiffs") and Defendant Avenue5 Residential, LLC, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 6, 2022. ECF No. 1;

WHEREAS, Plaintiffs and certain other Defendants ("Stipulating Defendants") entered a Stipulation that, for purposes of judicial efficiency, would temporarily suspend the date for a responsive pleading to the Complaint;

WHEREAS, the Court subsequently entered an Order [ECF No. 54] that, *inter alia*, suspended the date for the Stipulating Defendants to respond to the Complaint, and required the parties to submit a status report by January 18, 2023;[1] and

WHEREAS, Plaintiffs and Defendant Avenue5 Residential believe that judicial efficiency would be served by suspending the date for Avenue5 Residential to move, answer or otherwise respond to the Complaint, and to participate in the joint status report.

In making this stipulation, Avenue5 Residential does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives.

THEREFORE, Plaintiffs and Defendant Avenue5 Residential, LLC stipulate and agree to suspend the deadline for Avenue5 Residential, LLC to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the proposed order pursuant to this stipulation.

---

[1] Substantially identical stipulations have been entered by this Court in *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.); *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.); and *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.).

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT AVENUE5 RESIDENTIAL, LLC TO RESPOND TO COMPLAINT - 2 [2:22-cv-01726 RSL]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

Case 3:23-cv-00333   Document 69   Filed 01/09/23   Page 2 of 4 PageID #: 337

STIPULATED to this 6th day of January, 2023.

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | BAKER BOTTS LLP |
| s/ *Steve W. Berman* | s/ *James Kress* |
| Steve W. Berman (WSB No. 12536) | James Kress (*pro hac vice* forthcoming) |
| steve@hbsslaw.com | james.kress@bakerbotts.com |
| Breanna Van Engelen (WSB No. 49213) | Paul Cuomo |
| breannav@hbsslaw.com | paul.cuomo@bakerbotts.com |
| 1301 Second Avenue, Suite 2000 | 700 K. Street, NW |
| Seattle, WA 98101 | Washington, DC 20001 |
| Telephone: (206) 623-7292 | Telephone: (202) 639-7884 |
| *Counsel for Plaintiffs Lena Armas and Andrea Blum Individually and on Behalf of All Others Similarly Situated* | Danny David (*pro hac vice* forthcoming) danny.david@bakerbotts.com BAKER BOTTS LLP 910 Louisiana Street Houston, Texas 77002 Telephone: (713) 229-4055 |
| | *Counsel for Defendant Avenue5 Residential, LLC* |

ASHBAUGH BEAL LLP

s/ *Rebecca S. Ashbaugh*
Rebecca S. Ashbaugh, WSBA #38186
bashbaugh@ashbaughbeal.com
701 5th Avenue, Suite 4400
Seattle, WA 98104
Telephone: (206) 386-5900

*Counsel for Defendant Avenue5 Residential, LLC*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT AVENUE5 RESIDENTIAL, LLC TO RESPOND TO COMPLAINT - 3
[2:22-cv-01726 RSL]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

Case 3:23-cv-00333   Document 69   Filed 01/09/23   Page 3 of 4 PageID #: 338

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Defendant Avenue5 Residential, LLC to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

Consistent with this Court's Order of December 27, 2022 [ECF No. 54], the deadline for Defendant Avenue5 Residential, LLC to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Defendant Avenue5 Residential, LLC shall meet and confer with Plaintiffs, and participate in the filing of the joint status report, as covered by the Court's prior Order, due on January 18, 2023.

Dated this 9th day of January, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT AVENUE5 RESIDENTIAL, LLC TO RESPOND TO COMPLAINT - 4 [2:22-cv-01726 RSL]

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

Case 3:23-cv-00333    Document 69    Filed 01/09/23    Page 4 of 4 PageID #: 339