# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LENA ARMAS and ANDREA BLUM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>REALPAGE, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, CH REAL ESTATE SERVICES, LLC, LINCOLN PROPERTY CO., FPI MANAGEMENT, INC., MID-AMERICA APARTMENT COMMUNITIES, INC., AVENUE5 RESIDENTIAL, LLC, EQUITY RESIDENTIAL, ESSEX MANAGEMENT CORPORATION, AVALONBAY COMMUNITIES, INC., CAMDEN PROPERTY TRUST, ESSEX PROPERTY TRUST, INC., THRIVE COMMUNITIES MANAGEMENT, LLC, SECURITY PROPERTIES INC., B/T WASHINGTON, LLC d/b/a BLANTON TURNER, INDEPENDENCE REALTY TRUST, INC., CUSHMAN & WAKEFIELD, INC., BH MANAGEMENT SERVICES, LLC, and UDR, INC.,<br><br>    Defendants. | Civil Action No. 2:22-cv-01726-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT ESSEX PROPERTY TRUST, INC. TO RESPOND TO COMPLAINT |

STIPULATION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT ESSEX PROPERTY TRUST, INC.
Case No. 2:22-cv-01726-RSL

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Lena Armas and Andrea Blum (collectively, "Plaintiffs") and Defendant Essex Property Trust, Inc. ("Essex"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 6, 2022. ECF No. 1.

WHEREAS, Plaintiffs and certain other Defendants ("Stipulating Defendants"), including Essex Management Corporation, entered a Stipulation that, for purposes of judicial efficiency, would temporarily suspend the date for a responsive pleading to the Complaint. ECF No. 51.

WHEREAS, the Court subsequently entered an Order, ECF No. 54, that, *inter alia,* suspended the date for the Stipulating Defendants to respond to the Complaint, and required the parties to submit a status report by January 18, 2023.

WHEREAS, on December 20, 2022, Plaintiffs filed a Proof of Service that National Registered Agents, Inc., who is designated by law to accept service of process on behalf of Essex, was served on December 9, 2022.

WHEREAS, Plaintiffs and Essex believe that judicial efficiency would be served by suspending, for a short period of time, the deadline for Essex to move to dismiss, answer or otherwise respond to the Complaint, consistent with the Court's Order suspending the date for the Stipulating Defendants to respond to the Complaint.

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

WHEREAS, as of the date of this filing, the parties are aware that one or more of the defendants, including Essex, are named in multiple other lawsuits, in District Courts in Colorado, Massachusetts, Texas, and Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software.

STIPULATION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT ESSEX PROPERTY TRUST, INC.
Case No. 2:22-cv-01720-RSL – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 3:23-cv-00333   Document 73   Filed 01/13/23   Page 2 of 5 PageID #: 357

WHEREAS, Plaintiff and the Stipulating Defendants have agreed to meet and confer and file a status report with the Court by January 18, 2023 related to a schedule for the case, and Essex agrees to join in the filing of that status report.

WHEREAS, on December 29, 2022, Judge Robert S. Lasnik entered in this action, an order that is essentially identical to the subjoined order based on a stipulation that is essentially identical to this one (ECF 56).

WHEREAS, in light of actions filed recently in the District of Colorado, the District of Massachusetts, and the Western District of Texas, the Stipulating Defendants have filed a motion pursuant to 28 U.S.C. § 1407 to transfer this case to the Northern District of Texas, In re: RealPage, Inc. Rental Software Antitrust Litigation (No. II), MDL No. 3071.

In making this stipulation, Essex does not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives. Essex expressly reserves its rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, the parties stipulate and agree to suspend the deadline for Essex to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATION AND ORDER SUSPENDING DEADLINE FOR
DEFENDANT ESSEX PROPERTY TRUST, INC.
Case No. 2:22-cv-01720-RSL --2

Case 3:23-cv-00333   Document 73   Filed 01/13/23   Page 3 of 5 PageID #: 358

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

STIPULATED to this 12th day of January, 2023.

| | |
|---|---|
| *s/ Steve W. Berman* | *s/ Tiffany L. Lee* |
| Steve W. Berman (WSBA No. 12536) | Tiffany L. Lee (WSBA 51979) |
| steve@hbsslaw.com | TiffanyLee@perkinscoie.com |
| Breanna Van Engelen (WSBA No. 49213) | PERKINS COIE LLP |
| breannav@hbsslaw.com | 1201 Third Avenue, Suite 4900 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Seattle, WA 98101 |
| 1301 Second Avenue, Suite 2000 | Telephone: (206) 359-8000 |
| Seattle, WA 98101 | |
| Telephone: (206) 623-7292 | Leo D. Caseria (*pro hac vice* forthcoming) |
| | lcaseria@sheppardmullin.com |
| *Counsel for Plaintiffs Lena Armas and Andrea Blum Individually and on Behalf of All Others Similarly Situated* | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| | 2099 Pennsylvania Avenue, N.W., Suite 10 |
| | Washington, D.C. 20006-6801 |
| | Telephone: (202) 747-1925 |
| | |
| | Arman Oruc (*pro hac vice* forthcoming) |
| | aoruc@goodwinlaw.com |
| | GOODWIN PROCTER LLP |
| | 1900 N Street, NW |
| | Washington, DC 20036 |
| | Telephone: (202) 346-4440 |
| | |
| | *Attorneys for Defendant* |
| | *Essex Property Trust, Inc.* |

STIPULATION AND ORDER SUSPENDING DEADLINE FOR
DEFENDANT ESSEX PROPERTY TRUST, INC.
Case No. 2:22-cv-01720-RSL -- 3

Case 3:23-cv-00333   Document 73   Filed 01/13/23   Page 4 of 5 PageID #: 359

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendant Essex Property Trust, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended.

Defendant Essex Property Trust, Inc. shall meet and confer with Plaintiffs, and participate in the filing of the joint status report, as covered by the Court's prior Order, due on January 18, 2023.

Dated this 13th day of January, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER SUSPENDING DEADLINE FOR DEFENDANT ESSEX PROPERTY TRUST, INC.
Case No. 2:22-cv-01720-RSL  -- 4

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000